DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYPTAP INSURANCE COMPANY,**
Appellant,

v.

**ELIOT APPEL** and **AMY APPEL,**
Appellees.

No. 4D2024-2972

[March 19, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley Jr., Judge; L.T. Case No. 502021CA008022XXXXMB.

Andrew A. Labbe of Salmon, Salmon, Labbe & Dehne, Tampa, for appellant.

William Derek Mueller and Elliot Burt Kula of Kula & Associates, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***